UNTIED STATES BANKRUPTCY COURT
EASTERN DIVISION OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the Matter of:

Craig Michael Elliott                         Chapter 7
Michelle Marie Elliott,                       Case No. 10-41985-wsd
                                              Honorable Walter Shapero

    Debtor(s)
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of **$22.05** represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a).

The name (s) and address (es) of the Party (ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| RBS Citizens<br>480 Jefferson Blvd<br>RJE 135<br>Warwick, RI 02886 | 000010 | $22.05 |

Respectfully Submitted,

By:   /s/ Wendy Turner Lewis
Wendy Turner Lewis (P39505)
Chapter 7 Trustee
444 West Willis Street, Suite 101
Detroit, MI 48201
Dated: January 18, 2011    (313) 832-5555
trustee@lewistrustee.com